IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REMOI M. CAMPBELL,**

    **Plaintiff,**

v.                                        Case No. 4:25-cv-535-AW-MAF

**NURSE M. BRYSON,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Plaintiff filed a civil action but did not submit the filing fee or a motion for leave to proceed *in forma pauperis*. Under this court's local rules, a Plaintiff filing a civil action must simultaneously pay the filing fee or move for leave to proceed *in forma pauperis*. *See* N.D. Fla. Loc. R. 5.3. Because Plaintiff did neither, the case will be dismissed. The case is also frivolous, as the magistrate judge notes. *See* ECF No. 3.

The clerk will enter a judgment that says, "This case is dismissed for failure to pay the filing fee or file an *in forma pauperis* motion." The clerk will then close the file.

SO ORDERED on February 17, 2026.

                                                          s/ *Allen Winsor*
                                                          Chief United States District Judge